JS-6

THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIS BANK, a Georgia state-chartered banking corporation, doing business as BALBOA CAPITAL,<br><br>Plaintiff,<br><br>vs.<br><br>TOTAL WOMEN WELLNESS CENTER LLC, a Florida limited liability company; and CLONES LANS, an individual,<br><br>Defendants. | Case No. 8:24-cv-01598-JLS(DFMx)<br><br>[Assigned to the Hon. Josephine L. Staton]<br><br>**JUDGMENT** |

# **JUDGMENT**

Pursuant to the Motion for Default Judgment ("Motion") of plaintiff Ameris Bank d/b/a Balboa Capital ("Balboa"), and pursuant to Federal Rules of Civil Procedure Rule 55(b)(2), and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Judgment be entered in this matter, in favor of Balboa, and against defendant Total Women Wellness LLC, a Florida limited liability company ("Total Women") and Clones Lans, an individual ("Lans") (collectively with Total Women, "Defendants"), jointly and severally, in the total amount of **$128,414.56**; which represents:

    a. Compensatory damages in the amount owed of $115,568.20, on the Equipment Financing Agreement No. 373298-000 (the "EFA");

    b. Attorneys' fees in the amount of $5,911.36, on the EFA;

    c. Prejudgment interest in the amount of $6,332.00, calculated at the statutory rate of ten percent (10%) per annum, from April 28, 2024 (the date of breach), to November 13, 2024 (the date of the Court's Order granting the Motion), on the EFA,

2. Defendants are prevailing parties and may file with the clerk an application to tax costs in accordance with the Local Rules.

3. The Clerk is ordered to enter this Judgment forthwith.

DATED:  November 17, 2024   _____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE