UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIS BANK, a Georgia state-chartered banking corporation, doing business as BALBOA CAPITAL CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>TOTAL WOMEN WELLNESS CENTER LLC, a Florida limited liability company; and CLONES LANS, an individual,<br><br>　　　　　　Defendants. | Case No. 8:24-cv-01598-JLS(DFMx)<br><br>**AMENDED JUDGMENT** |

On November 17, 2024, this Court entered Judgment against defendants Total Women Wellness LLC, a Florida limited liability company ("Total Women") and Clones Lans, an individual ("Lans") (collectively with Total Women, "Defendants"). [*See* Dkt. 21.] On January 2, 2025, the Clerk granted Balboa's Application to the Clerk to Tax Costs in the amount of $603.00 in favor of Balboa against Defendants. [*See* Dkt. 23].

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Judgment be entered in this matter, in favor of Balboa, and against Defendants, jointly and severally, in the amount of $115,568.20 in compensatory damages owed, plus $6,332.00 in prejudgment interest, and $5,911.36 in Attorneys' fees, for a total amount of $127,811.56, and such other costs, pursuant to the Local Rules.

2. Pursuant to Balboa's Application to the Clerk to Tax Costs (Dkt. 23), Balboa is entitled to costs in the amount of $603.00;

**3.** Based on the foregoing, this amended judgment is hereby entered in favor of Balboa, and against Defendants, jointly and severally, in the amount of **$128,414.56.**

**IT IS SO ORDERED.**

DATED: January 30, 2025

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE